UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ISM SPORTS, INC., d/b/a INNOVATIVE
SPORTS MARKETING, as Broadcast
Licensee of the September 20, 2001
Athens/Hibernian Program,                                    **ORDER**
                                                             **04-CV-0918 (NG) (VVP)**
     **Plaintiff,**

 -against-

TED PROVTA, Individually, and as an
officer, director, shareholder and/or
principal of OLYMPIAKOS FAN CLUB OF
NY, USA, INC d/b/a/ OMILOS
FILATHLON OLYMBIAKOS a/k/a
OLYMPIAKOS FAN CLUB OF NEW
YORK, and OLYMPIAKOS FAN CLUB OF
NY, USA, INC d/b/a OMILOS FILATHLON
OLYMBIAKOS a/k/a OLYMPISKOS FAN
CLUB OF NEW YORK,

     **Defendants.**
-----------------------------------------------------------x

**GERSHON, United States District Judge:**

  No objections having been filed, the unopposed Report and Recommendation of Judge Pohorelsky is hereby adopted in its entirety. The Clerk of Court is directed to enter judgment in favor of plaintiff against defendants as follows: (1) statutory damages in the amount of $2,000.00, for which both defendants are jointly and severally liable; (2) attorneys' fees in the amount of $1,937.50, all of which defendant Olympiakos is held liable, and $687.50 of which defendant Provta is held jointly and severally liable with Olympiakos; (3) filing fees in the amount of $150.00, for which both defendants are jointly and severally liable; and (4) service of process costs of $100.00, for which defendant Provta is separately liable, and $235.00, for which defendant Olympiakos is separately liable.

The Clerk of Court is also directed to close this case.

          **SO ORDERED.**

          /s/ *Nina Gershon*
          **NINA GERSHON**
          **United States District Judge**

Dated: January 30, 2007
       Brooklyn, New York